ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2014 SEP -4 PM 3:39
DEPUTY CLERK NT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | 3-14CR-334-D |
| MICHAEL DAVID GOLDMAN (1)<br>ROSA MARIE PERALEZ (2) | |

## INDICTMENT

The Grand Jury Charges:

Count One
Possession With Intent To Distribute a Controlled Substance; Aiding and Abetting
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2)

On or about August 27, 2014, in the Dallas Division of the Northern District of Texas, the defendants, **Michael David Goldman** and **Rosa Marie Peralez**, aiding and abetting one another, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

<u>Count Two</u>
Using and Carrying a Firearm During and in Relation to,
and Possessing a Firearm in Furtherance of, a Drug Trafficking Crime
(Violation of 18 U.S.C. §§ 924(c)(1)(A)(i))

On or about August 27, 2014, in the Dallas Division of the Northern District of Texas, the defendant, **Michael David Goldman**, did knowingly use and carry a firearm, to-wit: Smith & Wesson, Model M&P, 9 millimeter pistol, bearing serial number DXB4273, during and in relation to a drug trafficking crime, namely, possession with intent to distribute a mixture or substance containing a detectable amount of heroin, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), as alleged in Count One of this indictment, for which the defendant may be prosecuted in a court of the United States, and the defendant did knowingly possess said firearm in furtherance of the commission of this offense.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

<u>Count Three</u>
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about August 27, 2014, in the Dallas Division of the Northern District of Texas, the defendant, **Michael David Goldman**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, to wit: a Smith & Wesson, Model M&P, 9 millimeter pistol, bearing serial number DXB4273.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for any of the offenses alleged in Counts One and Two of this indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Michael David Goldman**, shall forfeit to the United States, any and all firearms and ammunition involved in or intended to be used in the respective offense.

This property includes, but is not limited to, the following:

1. A Smith & Wesson, Model M&P, 9 millimeter pistol, bearing serial number DXB4273, and any ammunition contained therein.

A TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
LISA J. MILLER
Assistant United States Attorney
Oklahoma State Bar No. 16795
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8809
Lisa.Miller@usdoj.gov

**Indictment – Page 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

MICHAEL DAVID GOLDMAN (1),
ROSA MARIE PERALEZ (2)

INDICTMENT

21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2
Possession with Intent to Distribute a
Controlled Substance and
Aiding and Abetting

18 U.S.C. § 924(c)(1)(A)(i)
Using and Carrying a Firearm During and in Relation to,
and Possessing a Firearm in Furtherance of,
a Drug Trafficking Crime

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Felon in Possession of a Firearm

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

3 Count(s)

A true bill rendered

_____
DALLAS                                                                 FOREPERSON

Filed in open court this ___4___ day of September 2014.

---
                                                                                                    Clerk

**Warrant to Issue for defendants MICHAEL DAVID GOLDMAN and ROSA MARIE PERALEZ**

---
UNITED STATES DISTRICT/MAGISTRATE JUDGE

No Criminal matter pending